IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN R. VAN ALEN,

    Plaintiff,                        No. CIV S-11-2815 KJM-KJN

    vs.

UNITED STATES OF AMERICA,        ORDER

    Defendant.

_____/

On February 23, 2012, Delos Insurance ("lien claimant"), the workers' compensation insurance carrier for plaintiff's employer, filed an application for lien in accordance with California Labor Code § 3856. (ECF 8.) Section 3856(b) provides:

> If the action [against a third party] is prosecuted by the employee alone, the court shall first order paid from any judgment for damages recovered the reasonable litigation expenses . . . together with a reasonable attorney's fee . . . . After the payment of such expenses and attorney's fee the court shall, on application of the employer, allow as a first lien against the amount of such judgment for damages, the amount of the employer's expenditure for compensation together with any amounts to which he may be entitled as special damages . . . .

Lien claimant has paid $53,466.00 to and on behalf of plaintiff. (Lien App. at 2.) Lien claimant's application for a first lien in the amount of $53,466.00 plus any further workers' compensation benefits that will be paid to or on behalf of plaintiff against the amount of any

1

1  judgment, settlement, or award in favor of plaintiff in the present action after the payment of
2  plaintiff's litigation expenses and attorney's fees is hereby granted.
3          IT IS SO ORDERED.
4  DATED: March 7, 2012.

                                                  UNITED STATES DISTRICT JUDGE