KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:  (209) 476-0851
FACSIMILE:  (209) 476-9429

HAROLD I. MILLER, ESQ., CSB #29911
MILLER LAW CORPORATION
333 EAST CHANNEL STREET, THIRD FLOOR
STOCKTON, CALIFORNIA  95202-2410
TELEPHONE:  (209) 948-2974
FACSIMILE:  (209) 464-2723

ATTORNEYS FOR PLAINTIFF
BRYAN R. VAN ALEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN R. VAN ALEN,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 20,<br><br>            Defendants. | CASE NO. 2:11-cv-02815-KJM-KJN<br><br>STIPULATION TO CONTINUE MOTION AND ORDER<br><br>**DATE   :   NOVEMBER 15, 2012**<br>**TIME   :   10:00 AM**<br>**DEPT   :   COURTROOM 25**<br>**JUDGE  :   KENDALL J. NEWMAN** |
| DELOS INSURANCE, ADJUSTED BY ATHENS ADMINISTRATORS,<br><br>            Lien Claimant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys that the hearing on Defendant United States of America's motion to compel discovery responses, currently scheduled for October 18, 2012, shall be continued until November 15, 2012, at 10:00 a.m.

1
STIPULATION TO CONTINUE MOTION AND ORDER

The reason for the continuance is that the Plaintiff until very recently refused to cooperate with his attorney because he wished to dismiss his case. But Plaintiff has now decided to proceed with the litigation, and he therefore intends to provide discovery responses this week.

**DATED: October 15, 2012        LAW OFFICES OF KENNETH N. MELEYCO**

　　　　　　　　　　　　　　　　　By:  */s/ Kenneth N. Meleyco*
　　　　　　　　　　　　　　　　　　　**KENNETH N. MELEYCO**
　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**
　　　　　　　　　　　　　　　　　　　**BRYAN R. VAN ALEN**

**DATED: October 15, 2012        BENJAMIN B. WAGNER**
　　　　　　　　　　　　　　　　　**United States Attorney**

　　　　　　　　　　　　　　　　　By:  */s/ Victoria L. Boesch*
　　　　　　　　　　　　　　　　　　　**VICTORIA L. BOESCH**
　　　　　　　　　　　　　　　　　　　**Assistant United States Attorney**

### ORDER

**IT IS SO ORDERED.** The hearing on Defendant's motion to compel discovery responses is continued until November 15, 2012, at 10:00 a.m. The parties shall advise the court at the earliest opportunity if the motion becomes moot.

**Date:  10/15/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE