BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN R. VAN ALEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>*and* DOES 1 through 20,<br><br>    Defendants. | Case No.: 2:11-CV-02815-KJM-KJN<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35**<br><br>**Hearing formerly scheduled for**:<br><br>DATE:  November 29, 2012<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Kendall J. Newman<br>LOCATION: Courtroom 25, 8th Floor |

  Plaintiff Bryan Van Alen and Defendant United States of America respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35. This stipulation renders moot Defendant's pending motion to compel such an exam (Dkt. 33).

  The parties hereby stipulate that Plaintiff will submit to an independent medical examination on December 5, 2012, at 1:45 p.m. at 1800 Sullivan Ave., Suite 402, Daly City, CA 94015, by Dr. John O. Missirian, M.D. Plaintiff may be accompanied at the examination by a secretary from Plaintiff's counsel's office who may audiotape the examination without otherwise interfering with the proceedings.

STIPULATION AND ORDER

1

Respectfully submitted,

DATED: November 20, 2012
BENJAMIN B. WAGNER
United States Attorney

*/s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States of America

DATED: November 20, 2012
*/s/ Kenneth N. Meleyco (authorized 11/20/12)*
KENNETH N. MELEYCO
Attorney for Plaintiff

**IT IS SO ORDERED. In light of this stipulation and order, defendant's motion to compel an independent medical examination (dkt. no. 33) is DENIED AS MOOT.**

**Date: 11/20/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

2